IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ROBINSON,

    Petitioner,        No. CIV S-07-1454 LKK JFM P

    vs.

RUSSELL HORN,        ORDER AND

    Respondent.        FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a county jail inmate proceeding pro se, has filed a petition for a writ of mandate together with a request to proceed in forma pauperis. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Petitioner is a defendant proceeding pro se in state criminal proceedings. By the petition, petitioner challenges the state trial court's denial of petitioner's motion for a continuance of the state criminal proceedings. Petitioner also seeks appointment of a crime scene expert and a new investigator.

        As a general rule, federal courts are prohibited from interfering in ongoing state judicial proceedings. See Younger v. Harris, 401 U.S. 37 (1971). "'"Absent extraordinary circumstances, *Younger* abstention is required if the state proceedings are (1) ongoing, (2)

1

1  implicate important state interests, and (3) provide the plaintiff an adequate opportunity to
2  litigate federal claims." When the case is one in which the *Younger* doctrine applies, the case
3  must be dismissed.' [H.C. v. ] Koppel, 203 F.3d [610] at 613 [(9th Cir. 20000](citations
4  omitted)." Columbia Basin Apartment Ass'n v. City of Pasco, 268 F.3d 791, 799 (9th Cir.
5  2001). The "extraordinary circumstances" exception to Younger is extremely narrow and limited
6  to circumstances where plaintiff is threatened with irreparable injury "above and beyond that
7  associated with the defense of a single prosecution brought in good faith." Younger, 401 U.S. at
8  48. The claims presented in the instant petitioner fall squarely with the Younger doctrine and not
9  within the narrow exception thereto. Accordingly, this action must be dismissed.

10       In accordance with the above, IT IS HEREBY ORDERED that petitioner's
11  request to proceed in forma pauperis is granted; and
12       IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to
13  Younger v. Harris, 401 U.S. 37 (1971).
14       These findings and recommendations are submitted to the United States District
15  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
16  days after being served with these findings and recommendations, petitioner may file written
17  objections with the court and serve a copy on all parties. Such a document should be captioned
18  "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that
19  failure to file objections within the specified time may waive the right to appeal the District
20  Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
21  DATED: May 28, 2008.

UNITED STATES MAGISTRATE JUDGE

25  12/robi1454.156